## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald Waterhouse,<br>　　　　　　Plaintiff | Docket No. 3:22-CV-1002-MEM |
| | (Judge Malachy E. Mannion) |
| v. | |
| | ELECTRONICALLY FILED |
| Experian Information Solutions, Inc.,<br>　　　　　　Defendant | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| | |
|---|---|
| *s/ Brett M. Freeman* | *s/ Jonathan J. McCreary (with consent)* |
| Brett M. Freeman | Jonathan J. McCreary |
| Bar Number PA 308834 | Bar Number PA 326071 |
| FREEMAN LAW | Jones Day |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 500 Grant Street, Suite 4500 |
| Lake Ariel, PA 18436 | Pittsburg, PA 15219 |
| P: (570) 589-0010 | P: (412) 394-7926 |
| F: (570) 456-5955 | F: (412) 394-7959 |
| brett@freeman.law | jmccreary@jonesday.com |